# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Angela A. Fries,

      Plaintiff,

v.

TRI Marketing Corporation,

      Defendant.

Civil No. 11-1052 (JNE/AJB)

**ORDER FOR DISMISSAL**

    The Court has been advised that on September 10, 2012, the parties in the above action reached a settlement. IT IS ORDERED that this action is hereby dismissed, with prejudice, along with any counterclaims. The Court reserves jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement, or to seek enforcement of the settlement terms.

Dated: January 15, 2013

                                                  s/Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge